STATE OF MINNESOTA
IN SUPREME COURT



FILED

October 7, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Transfer to Disability Inactive Status of
Kevin Michael Koepke, a Minnesota Attorney,
Registration No. 0245306.

## O R D E R

The Director of the Office of Lawyers Professional Responsibility has filed a petition under Rule 28, Rules on Lawyers Professional Responsibility (RLPR), for transfer of respondent Kevin Michael Koepke to disability-inactive status. The petition alleges that respondent has a disability that currently renders him unable to competently represent clients within the meaning of Rule 28(a), RLPR, and warrants his immediate transfer to disability-inactive status under Rule 28(e), RLPR.

Respondent has entered into a stipulation with the Director wherein they jointly agree to dispense with further proceedings under Rule 28(e), RLPR, and in which respondent admits that he has a disability that currently renders him unable to competently represent clients within the meaning of Rule 28(a), RLPR. The parties jointly recommend that respondent be immediately transferred to disability-inactive status.

Based upon all the files, records, and proceedings herein,

1

IT IS HEREBY ORDERED THAT:

1.    Respondent Kevin Michael Koepke is transferred to disability-inactive status effective as of the date of this order.  While on disability-inactive status, respondent may not render legal advice, discuss legal matters with clients, or otherwise engage in the practice of law.

2.    Respondent shall comply with Rule 26, RLPR (requiring notice of transfer to disability-inactive status to clients, opposing counsel, and tribunals).

3.    If respondent seeks reinstatement to the active practice of law, he shall file a petition under Rule 18, RLPR.

Dated:  October 7, 2016                    BY THE COURT:

David R. Stras
Associate Justice